1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ROBERT HUDSON, | Case No. 1:17-cv-00982-LJO-SAB-HC |
| 12       Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING |
| 13     v. | RESPONDENT'S MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO |
| 14  C. PFEIFFER, | CONVERT CASE TO CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983 |
| 15       Respondent. | (ECF Nos. 10, 12) |

16

17      Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28

18  U.S.C. § 2254. On December 13, 2017, the Magistrate Judge issued Findings and

19  Recommendation that recommended granting Respondent's motion to dismiss and allowing

20  Petitioner to convert the habeas petition to a civil rights action under 42 U.S.C. § 1983. (ECF No.

21  12). The Findings and Recommendation were served on the parties and contained notice that any

22  objections were to be filed within thirty (30) days of the date of service of the Findings and

23  Recommendation. To date, the parties have not filed any objections, and the time for doing so

24  has passed.  On January 16, 2018, Petitioner filed a § 1983 civil rights complaint and a motion to

25  proceed in forma pauperis. (ECF Nos. 15, 16).

26      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

27  a de novo review of the matter. Having carefully reviewed the entire file, the Court concludes

28  that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on December 13, 2017 (ECF No. 12) is ADOPTED;

2. Respondent's motion to dismiss (ECF No. 10) is GRANTED; and

3. The Clerk of Court is DIRECTED to convert the instant case to a civil rights action pursuant to 42 U.S.C. § 1983.

IT IS SO ORDERED.

Dated:  **February 21, 2018**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE